UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X
STELLA BULOCHNIKOV STOLPER,
and WIKKED ENTERTAINMENT, INC.,

          Plaintiff(s),

Case No. 19-cv-01241

-against-

AFFIDAVIT OF SERVICE

FELIX SATER and KALSOM KAM,

          Defendant(s).
-------------------------------------------------X
STATE OF NEW YORK  )
                           S.S.
COUNTY OF NEW YORK)

        DOMINIC DELLAPORTE, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, METRO ATTORNEY SERVICE INC., and is not a party to this action.

        That on the 6th day of March, 2019, at approximately the time of 6:00 PM, deponent attempted to serve a true copy of the Summons in a Civil Action and Complaint Demand for Jury Trial upon Felix Sater at 94 Sands Point Road, Port Washington, New York, but there was no answer to repeated rings of the bell and knocks on the door.

        That on the 7th day of March, 2019, at approximately the time of 3:43 PM, deponent again attempted to serve a true copy of the Summons in a Civil Action and Complaint Demand for Jury Trial upon Felix Sater at 94 Sands Point Road, Port Washington, New York, but again there was no answer to repeated rings of the bell and knocks on the door. Deponent also spoke to a construction worker at that time who said the defendant was not home.

        That on the 9th day of March, 2019, at approximately the time of 7:45 AM, deponent again attempted to serve a true copy of the Summons in a Civil Action and Complaint Demand for Jury Trial upon Felix Sater at 94 Sands Point Road, Port Washington, New York, but again there was no answer to repeated rings of the bell and knocks on the door. At that time, therefore, deponent served a true copy of

the foregoing papers upon Felix Sater by firmly affixing the same conspicuously on the front door at that address, the actual place of residence.

That on the 11th day of March, 2019, deponent served another copy of the foregoing upon Felix Sater by first class mail, by enclosing a true copy thereof in a securely sealed and postpaid wrapper with the words "PERSONAL AND CONFIDENTIAL" written on the same envelope, and not indicating on the outside that it is from an attorney, and depositing the same into an official depository maintained by the Government of the United States, City and State of New York, addressed as follows:

Feliz Sater
94 Sands Point Road
Port Washington, New York 11050

_____
DOMINIC DELLAPORTE #1320496

Sworn to before me this
11th day of March, 2019

_____
NOTARY PUBLIC

EVAN COHAN
NOTARY PUBLIC & ATTORNEY AT LAW
NO. 02CO4998577
QUALIFIED IN ROCKLAND COUNTY
CERTIFICATE FILED IN NEW YORK COUNTY
COMMISSION EXPIRES JUNE 29, 2022